UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MITCHELL D. GREEN,

   Petitioner,

v.             Case No. 24-CV-295

MILWAUKEE COUNTY CIRCUIT COURT,

   Respondent.

## ORDER

  The Seventh Circuit Court of Appeals entered its Decision and Judgment on August 1, 2025, reversing this Court's denial of Mitchell Green's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See Green v. Milwaukee County Circuit Court*, No. 24-2980, ___ F.4th ___, 2025 WL 2180787, 2025 U.S. App. LEXIS 19398 (7th Cir. Aug. 1, 2025). On August 25, 2025, the Seventh Circuit Court of Appeals issued a Mandate directing this Court to enter an Order granting an unconditional writ. (ECF No. 29.)

  **IT IS THEREFORE ORDERED** that Green's petition for a writ of habeas corpus is **granted**. The Respondent shall release Green from custody in Milwaukee County Circuit case number 2019CF000914. The Clerk of Court shall enter judgment accordingly.

  Dated at Milwaukee, Wisconsin this 26th day of August, 2025.

                    _William E. Duffin_
                    WILLIAM E. DUFFIN
                    U.S. Magistrate Judge